DONALD REIMAN v. ROGER W. BRESLIN, JR.

September 16, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ULYSSES SHEARED.

September 16, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL BISHOP.

September 16, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN J. WOLENTER.

September 16, 1980.

Petition for certification denied.